● **ORIGINAL** ●  **FILED**

DISTRICT COURT OF GUAM

# UNITED STATES DISTRICT COURT

District of _____ Guam _____

APR 1 1 2005

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

HAROLD J. CRUZ

**WARRANT FOR ARREST**

Case Number: Magistrate Case No. 05-00007

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ HAROLD J. CRUZ _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

UNLAWFUL TAKING OF WILDLIFE AND ENTERING MILITARY PROPERTY

in violation of Title 16, U.S.C., Section 3372(a)(3)(A) and (4) and 18 U.S.C. § 7(3) and 13; and 18 U.S.C. § 1382

| JOAQUIN V.E. MANIBUSAN, JR. | _(signature)_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES MAGISTRATE JUDGE | APRIL 9, 2005    HAGATNA, GUAM |
| Title of Issuing Officer | Date and Location |

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Anderson AFB, Guam

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/9/05 | John Curty    CIDUSM | _(signature)_    CIDUSM |
| DATE OF ARREST | | |
| 4/9/05 | | |