&AO 442 (Rev. 10/03) Warrant for Arrest



**FILED**
DISTRICT COURT OF GUAM
APR 1 1 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

District of _____ Guam

UNITED STATES OF AMERICA

V.

ERNEST Q. MUNA

**WARRANT FOR ARREST**

③

Case Number: Magistrate Case No. 05-00007

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **ERNEST Q. MUNA** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

UNLAWFUL TAKING OF WILDLIFE AND ENTERING MILITARY PROPERTY

in violation of Title 16, U.S.C., Section 3372(a)(3)(A) and (4) and 18 U.S.C. § 7(3) and 13; and 18 U.S.C. § 1382

JOAQUIN V.E. MANIBUSAN, JR.
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

APRIL 9, 2005     HAGATNA, GUAM
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Anderson AFB

| DATE RECEIVED 4/9/05 | NAME AND TITLE OF ARRESTING OFFICER John Curry CID USM | SIGNATURE OF ARRESTING OFFICER *[signature]* CID USM |
|---|---|---|
| DATE OF ARREST 4/9/05 | | |