haroldcruzdismiss

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
APR 13 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00007 |
| Plaintiff, ) | |
| ) | **MOTION TO DISMISS** |
| vs. ) | **INFORMATION AND ORDER** |
| HAROLD J. CRUZ, and ) | |
| ERNEST Q. MUNA, ) | |
| Defendants. ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Information in the above cause against defendants, HAROLD J.

//
//
//
//
//
//
//
//

CRUZ AND ERNEST Q. MUNA, be dismissed, for the reason that the defendants are charged through a Complaint on April 9, 2005.

Respectfully submitted this 12th day of April 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Joseph Tock
JOSEPH TOCK
Assistant U.S. Attorney

* * * * * ORDER * * * * *

IT IS SO ORDERED this 13th day of April 2005.

JOAQUIN V.E MANIBUSAN, JR.
Magistrate Judge
District Court of Guam



RECEIVED
APR 12 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM