ORIGINAL

```
 1  THE LAW OFFICES OF MARK S. SMITH
 2  456 W. O'Brien Drive, Suite 102-D
    Hagatna, Guam 96910
 3  Telephone: (671) 477-6631/32
    Facsimile:  (670) 477-8831
 4
 5  Attorney for Defendant,
    Ernest Q. Muna
 6
```

FILED
DISTRICT COURT OF GUAM
APR 1 9 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE ~~CRIMINAL~~ CASE NO.: 05-00007 |
| Plaintiff, ) | |
| vs. ) | NOTICE OF MOTION FOR DISCOVERY |
| HAROLD J. CRUZ and ERNEST Q. MUNA, ) | |
| Defendants. ) | |

### NOTICE OF MOTION FOR DISCOVERY

**PLEASE TAKE NOTICE** that on the 7th day of June, 2005, at the hour of 10:00 a.m. or as soon thereafter this matter will be heard before the United States District Court for the Territory of Guam.

Dated this 19th day of April, 2005.

Respectfully submitted,

By: _/s/ Mark S. Smith_
MARK S. SMITH, ESQ.
Attorney for Defendant, *Ernest Q. Muna*