FILED
DISTRICT COURT OF GUAM
JUN - 2 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00007 |
| Plaintiff, ) | |
| vs. ) | |
| HAROLD J. CRUZ and ERNEST MUNA, ) | **ORDER** |
| Defendants. ) | |

Due to the scheduling needs of the Court, the June 14, 2005 trial date is hereby moved to Monday, June 20, 2005 at 1:30 p.m. The parties' trial documents shall be filed and/or lodged no later than June 13, 2005 at 3:00 p.m.

SO ORDERED this 2nd day of June 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge