ORIGINAL

FILED
DISTRICT COURT OF GUAM
JUN 14 2005
MARY L.M. MORAN
CLERK OF COURT

haroldcruzexh

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00007 |
| Plaintiff, | |
| vs. | **UNITED STATES' EXHIBIT LIST** |
| HAROLD J. CRUZ and ERNEST Q. MUNA, | |
| Defendants. | |

COMES NOW the United States and hereby files with the Court a list of proposed exhibits to be introduced in its case-in-chief.

Respectfully submitted this 14th day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Joseph Tock
JOSEPH TOCK
Special Assistant U.S. Attorney

# UNITED STATES EXHIBIT LIST

| No. | Exhibit | Identified | Admitted |
|---|---|---|---|
| 1 | Photograph Rt 3 - Gov Property sign close-up | _____ | _____ |
| 2 | Photograph Rt 3- w/Gov Property sign, Rt. 3 | _____ | _____ |
| 3 | Photograph Rt 3- w/Gov Property Sign, Rt. 3 | _____ | _____ |
| 4 | Photograph Rt 3-3a intersection- w/Gov Property sign | _____ | _____ |
| 5 | Photograph Rt 3a- w/Gov Property sign and fence | _____ | _____ |
| 6 | Photograph Rt 3a- w/Gov Property sign and fence | _____ | _____ |
| 7 | Photograph Rt 3a- w/Gov Property sign and road bend | _____ | _____ |
| 8 | Photograph Rt 3a- w/Det 5 sign | _____ | _____ |
| 9 | Photograph Rt 3a - w/Gov Property sign on left side of road | _____ | _____ |
| 10 | Photograph Rt 3a- w/Gov Property sign | _____ | _____ |
| 11 | Photograph Rt 3a- w/sign toward national wildlife refuge | _____ | _____ |
| 12 | Photograph Rt 3a- w/Gov Property sign on road past wildlife refuge | _____ | _____ |
| 13 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge | _____ | _____ |
| 14 | Photograph Rt 3a- w/outcropping on left and sign holder by truck | _____ | _____ |
| 15 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Richard Ragadio standing at edge | _____ | _____ |
| 16 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Richard Ragadio standing in jungle | _____ | _____ |
| 17 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Log Barrier | _____ | _____ |
| 18 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Richard Ragadio standing in jungle | _____ | _____ |
| 19 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Richard Ragadio pointing into jungle | _____ | _____ |
| 20 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Jimmy Camacho standing in jungle pointing | _____ | _____ |
| 21 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Jimmy Camacho in jungle pointing under log barrier | _____ | _____ |

| # | # | Item |
|---|---|------|
| 22 | | Cruz's Blue flashlight |
| 23 | | Muna's Black flashlight |
| 24 | | Muna's 12 Gauge Shotgun |
| 25 | | Registration on Muna's 12 Gauge Shotgun |
| 26 | | Function Test on shotgun |
| 27 | | Shotgun Shells |
| 28 | | Map of Northwest Field showing Route 3 and 3A |
| 29 | | Map of Northwest Field showing Points |
| 30 | | Map of Northwest Field showing Apprehension Locations |
| 31 | | Picture of Deer Carcass (1) |
| 32 | | Picture of Deer Carcass (2) |