haroldcruzver

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00007 |
| Plaintiff, | ) | |
| vs. | ) | **UNITED STATES VERDICT FORM** |
| HAROLD J. CRUZ and ERNEST Q. MUNA, | ) | |
| Defendants. | ) | |

Pursuant to the Order of this Court, the United States hereby submits the following verdict forms for purposes of this trial.

Respectfully submitted this 14th day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Joseph Tock
JOSEPH TOCK
Special Assistant U.S. Attorney

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00007 |
| Plaintiff, | ) | |
| vs. | ) | **VERDICT** |
| HAROLD J. CRUZ and ERNEST Q. MUNA, | ) | |
| Defendants. | ) | |

We, the Jury, in the above-entitled case unanimously find the Defendant, HAROLD J. CRUZ:

### COUNT 1

Violation of Sections 3372(a)(3)(A) and (4) and Sections 7(3) and 13, Title 18, United States Code, Assimilative Crimes Act - Unlawful Taking of Wildlife:

/ / NOT GUILTY

/ / GUILTY

### COUNT 2

Violation of Section 1382, Title 18, United States Code, Entering Military Property:

/ / NOT GUILTY

/ / GUILTY

DATED this _____ day of June 2005, at Hagatna, Guam.

_____
FOREPERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00007 |
| Plaintiff, | ) |
| vs. | ) VERDICT |
| HAROLD J. CRUZ and ERNEST Q. MUNA, | ) |
| Defendants. | ) |

We, the Jury, in the above-entitled case unanimously find the Defendant, ERNEST Q. MUNA:

### COUNT 1

Violation of Sections 3372(a)(3)(A) and (4) and Sections 7(3) and 13, Title 18, United States Code, Assimilative Crimes Act - Unlawful Taking of Wildlife:

/ / NOT GUILTY

/ / GUILTY

### COUNT 2

Violation of Section 1382, Title 18, United States Code, Entering Military Property:

/ / NOT GUILTY

/ / GUILTY

DATED this _____ day of June 2005, at Hagatna, Guam.

_____
FOREPERSON