haroldcruzequip

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 05-00007 |
| Plaintiff, | ) | GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT; AND ORDER |
| vs. | ) | |
| HAROLD J. CRUZ and ERNEST Q. MUNA, | ) | |
| Defendants. | ) | |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning June 20, 2005.

RESPECTFULLY SUBMITTED this 14th day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ JOSEPH TOCK
Special Assistant U. S. Attorney

APPROVED AND SO ORDERED this 15th day of June 2005.

/s/ JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistriate Judge
District of Guam

RECEIVED
JUN 14 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM