FILED
DISTRICT COURT OF GUAM
JUN 15 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00007 |
| Plaintiff, ) | |
| vs. ) | |
| HAROLD CRUZ and ERNEST MUNA, ) | **ORDER** |
| Defendants. ) | |

IT IS HEREBY ORDERED that the parties shall appear for a pretrial conference on Friday, June 17, 2005 at 11:00 a.m.

SO ORDERED this 15th day of June 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge