IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE CRIMINAL MINUTES

**CASE NO. 05-00007**  **DATE: 06/17/2005**  **TIME: 11:28 A.M.**

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 11:28:29 - 11:44:40

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Pereda

* * * * * * * * * * * * * * * * * * * * * * **APPEARANCES** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT: HAROLD J. CRUZ**
(X) NOT PRESENT  ( ) CUSTODY  (X) BOND  ( ) P.R.

**ATTY: KIM SAVO**
(X) PRESENT  ( ) RETAINED  (X) FPD  ( ) CJA APPOINTED

**DEFT: ERNEST Q. MUNA**
(X) PRESENT  ( ) CUSTODY  (X) BOND  ( ) P.R.

**ATTY: MARK SMITH**
(X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

U.S. ATTORNEY: JOSEPH TOCK

AGENT: JUSTIN OLIVER, SPECIAL ASSISTANT U.S. ATTORNEY, AAFB

U.S. PROBATION:

U.S. MARSHAL: W. GRAY

INTERPRETER: _____  ( ) SWORN  LANGUAGE: _____
( ) PREVIOUSLY SWORN

**FILED**
DISTRICT COURT OF GUAM
JUN 17 2005
MARY L.M. MORAN
CLERK OF COURT

**PROCEEDINGS:      PRETRIAL CONFERENCE**

( ) MOTION (S) ARGUED BY   ( ) PLAINTIFF   ( ) DEFENDANT

( ) MOTION(s)  ___Granted  ___Denied  ___Settled  ___Withdrawn  ___Under Advisement

( ) ORDER SUBMITTED  ___ Approved  ___Disapproved

( ) ORDER to be Prepared By:_____

(X) PROCEEDINGS CONTINUED TO: JUNE 20, 2005 at 1:30 P.M.

(X) BENCH TRIAL SET FOR: JUNE 21, 2005 at 9:00 A.M.

**NOTES:**

Government stated that he will file an Information that clarifies that he will only proceed under the Assimilative Crimes Act and not pursue the Lacey Act filing. Counsel had no objection. The Court stated that this a Class B misdemeanor which entitles the defendants to a Court trial and not a jury trial. The Court stated that The Court and the parties discussed the issue of exhibits and witnesses.