ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
JUN 17 2005
MARY L.M. MORAN
CLERK OF COURT


haroldcruzinf

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00007 |
| Plaintiff, | **INFORMATION** |
| vs. | ASSIMILATIVE CRIMES ACT - UNLAWFUL TAKING OF WILDLIFE [18 U.S.C. §§ 7(3) & 13] (Count 1) (Misdemeanor) |
| HAROLD J. CRUZ and ERNEST Q. MUNA, | ENTERING MILITARY PROPERTY [18 U.S.C. § 1382] (Count 2) (Misdemeanor) |
| Defendants. | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

**ASSIMILATIVE CRIMES ACT - UNLAWFUL TAKING, POSSESSION, OR TRANSPORTATION OF WILDLIFE**

On or about April 9, 2005, in the District of Guam, the defendants, HAROLD J. CRUZ and ERNEST Q. MUNA, at a place within the special maritime and territorial jurisdiction of the United States, namely Andersen Air Force Base, Guam, on land acquired for the use of the United States and under its concurrent jurisdiction, did knowingly and unlawfully take wildlife, to wit: deer or wild pigs with an artificial light in violation of Title 5, Guam Code Annotated, Section 63121 and 63125, and Title 18, United States Code, Sections 7(3) and 13.

1

## COUNT 2

## ENTERING MILITARY PROPERTY

On or about April 9, 2005, in the District of Guam, the defendant, HAROLD J. CRUZ and ERNEST Q. MUNA, went upon a United States military reservation, to wit: Andersen Air Force Base, Guam, for a purpose prohibited by law or lawful regulation, that is, intending to engage in conduct in violation of Title 16, United States Code, Section 3372(a)(3)(A) and (4), and Title 5 Guam Code annotated, Section 63121 and 63125, in violation of Title 18 United States Code, Section 1382.

Dated this 17th$^{th}$ day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
JOSEPH TOCK
Special Assistant U.S. Attorney