IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MAGISTRATE CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
JUN 20 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. 05-00007**　　　　　**DATE: 06/20/2005**　　　　　**TIME: 1:34 p.m.**

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**　　　Law Clerk: Judith Hattori
Court Reporter: Wanda Miles　　　　　　　　　　　　　　　　Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:34:03 - 1:43:50

**************************** APPEARANCES ****************************

**DEFT: HAROLD J. CRUZ**　　　　　　　　　　**ATTY : KIM SAVO**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.　　　( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**DEFT: ERNEST Q. MUNA**　　　　　　　　　**ATTY : MARK SMITH**
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.　　　( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

**U.S. ATTORNEY: JOSEPH TOCK**　　　　　　　**AGENT:**

**U.S. PROBATION:**　　　　　　　　　　　　　**U.S. MARSHAL: W. GRAY**

**INTERPRETER:** _____　　( ) SWORN　　LANGUAGE: _____
　　　　　　　　　　　　　　( ) PREVIOUSLY SWORN

**PROCEEDINGS:　　CONTINUED PRETRIAL CONFERENCE**

( ) MOTION (S) ARGUED BY　　( ) PLAINTIFF　　( ) DEFENDANT

( ) MOTION(s)　___Granted　___Denied　___Settled　___Withdrawn　___Under Advisement

( ) ORDER SUBMITTED　___ Approved　___Disapproved

( ) ORDER to be Prepared By:_____

( ) PROCEEDINGS CONTINUED TO: _____ at _____

( ) BENCH TRIAL SET FOR: _____ at _____

**NOTES:**

The Court acknowledged the receipt of the Information filed by the Government and informed Counsel that this case will proceed as a bench trial tomorrow at 9:00 A.M. The Court and parties discussed exhibits and witnesses. Parties stipulated to the admissibility of Government's Proposed Exhibits except for exhibits 28, 29 and 30 wherein the government will use a witness to lay the foundation. Government had no objections to Defense's proffer of photos if the appropriate foundation is laid. The Court and parties discussed instructions.

Courtroom Deputy: _____