AO89 (Rev. 7/95) Subpoena in a Criminal Case

FILED
DISTRICT COURT OF GUAM
JUN 21 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

UNITED STATES OF AMERICA,

V.

HAROLD J. CRUZ

SUBPOENA IN A
CRIMINAL CASE

Case Number: MG 05-00007

(33)

TO: Anthony Artero
255 Mepa Street
NCS Dededo

☑ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURTHOUSE<br>4th Floor, 520 West Soledad Avenue<br>Hagatna, Guam | Joaquin V.E. Manibusan |
| | DATE AND TIME |
| | 6/21/2005 9:00 am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mary L.M. Moran | 6/15/2005 jp |
| (By) Deputy Clerk | 6/20/2005 |
| *Jamie M Phelps* (signature) | |

ORIGINAL

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
KIM SAVO, Federal Public Defender's Office, 400 Route 8, Suite 501, First Hawaiian Bank Building
Mongmong, Guam 96910 TELEPHONE: (671) 472-7111 FACSIMILE: (671) 472-7120

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 6/20/05 | Federal Public Defender's Office |
| SERVED | 6/20/05 | 255 Mepa Street, Dededo |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Anthony Artero | ☐ YES  ☑ NO   AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Alexander A. Modaber | Investigator |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on   6/20/05
                  DATE

SIGNATURE OF SERVER

400 Route 8, Suite 501
ADDRESS OF SERVER

Mona Mong, Guam 96910

ADDITIONAL INFORMATION