THE LAW OFFICES OF MARK S. SMITH
456 W. O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Ernest Q. Muna*

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HAROLD J. CRUZ and<br>ERNEST Q. MUNA,<br><br>Defendants. | MAGISTRATE CASE NO.: 05-00007<br><br>**DEFENDANT'S SUPPLEMENTAL<br>EXHIBIT LIST** |

**COMES NOW** Defendant, Ernest Q. Muna, through his undersigned counsel, Mark S. Smith, Esq., and hereby submits Defendant's Supplemental Exhibit List and reserves the right to supplement said exhibit list.

Dated this 20th day of June, 2005.

Respectfully submitted

By: _____
MARK S. SMITH
Attorney for Defendant,
*Ernest Q. Muna*



United States of America vs. Harold J. Cruz and Ernest Q. Muna
Magistrate Case No. 05-00007

## DEFENDANT ERNEST Q. MUNA'S
## SUPPLEMENTAL EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 4 | Coconut trap 1 |
| 5 | Coconut trap 2 |
| 6 | Coconut Crab contained in bucket |
| | |
| | |
| | |
| | |





