
# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 05-00007 |
| Plaintiff, | |
| vs. | **RECEIPT OF EXHIBITS** |
| HAROLD J. CRUZ and ERNEST Q. MUNA, | |
| Defendants. | |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ] Government's     [ ] Defendant's     [ ] Joint

| EXHIBIT NO. | DESCRIPTION |
|---|---|

SEE ATTACHED UNITED STATES' EXHIBIT LIST

_____
Signature

EVANGELYN PHELPS
Name

5-20-08
Date

UNITED STATES ATTORNEY'S OFFICE
Office/Firm Receiving Exhibits

haroldcruzexh

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 05-00007 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **UNITED STATES' EXHIBIT LIST** |
| HAROLD J. CRUZ and ERNEST Q. MUNA, | ) |
| Defendants. | ) |

COMES NOW the United States and hereby files with the Court a list of proposed exhibits to be introduced in its case-in-chief.

Respectfully submitted this 14th day of June 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
JOSEPH TOCK
Special Assistant U.S. Attorney

# UNITED STATES EXHIBIT LIST

| No. | Exhibit | Identified | Admitted |
|---|---|---|---|
| 1 | Photograph Rt 3 - Gov Property sign close-up | 6-21-05 | 6-21-05 |
| 2 | Photograph Rt 3- w/Gov Property sign, Rt. 3 | 6-21-05 | 6-21-05 |
| 3 | Photograph Rt 3- w/Gov Property Sign, Rt. 3 | 6-21-05 | 6-21-05 |
| 4 | Photograph Rt 3-3a intersection- w/Gov Property sign | 6-21-05 | 6-21-05 |
| 5 | Photograph Rt 3a- w/Gov Property sign and fence | 6-21-05 | 6-21-05 |
| 6 | Photograph Rt 3a- w/Gov Property sign and fence | 6-21-05 | 6-21-05 |
| 7 | Photograph Rt 3a- w/Gov Property sign and road bend | 6-21-05 | 6-21-05 |
| 8 | Photograph Rt 3a- w/Det 5 sign | 6-21 | 6-21 |
| 9 | Photograph Rt 3a - w/Gov Property sign on left side of road | 6-21 | 6-21 |
| 10 | Photograph Rt 3a- w/Gov Property sign | 6-21 | 6-21 |
| 11 | Photograph Rt 3a- w/sign toward national wildlife refuge | 6-21 | 6-21 |
| 12 | Photograph Rt 3a- w/Gov Property sign on road past wildlife refuge | 6-21 | 6-21 |
| 13 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge | 6-21 | 6-21 |
| 14 | Photograph Rt 3a- w/outcropping on left and sign holder by truck | 6-21 | 6-21 |
| 15 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Richard Ragadio standing at edge | 6-21 | 6-21 |
| 16 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Richard Ragadio standing in jungle | 6-21 | 6-21 |
| 17 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Log Barrier | 6-21 | 6-21 |
| 18 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Richard Ragadio standing in jungle | 6-21 | 6-21 |
| 19 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Richard Ragadio pointing into jungle | | |
| 20 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Jimmy Camacho standing in jungle pointing | 6-21-05 | 6-21-05 |
| 21 | Photograph Rt 3a- w/Gov Property sign past wildlife refuge Jimmy Camacho in jungle pointing under log barrier | 6-21-05 | 6-21-05 |

1

| # | | Item | Date | Date |
|---|---|------|------|------|
| 1 | 22 | Cruz's Blue flashlight | 6-21-05 | 6-21-05 |
| 2 | 23 | Muna's Black flashlight | 6-21-05 | 6-21-05 |
| 3 | 24 | Muna's 12 Gauge Shotgun | 6-21 | 6-21 |
| 4 | 25 | Registration on Muna's 12 Gauge Shotgun | | |
| 5 | 26 | Function Test on shotgun | | |
| 6 | 27 | Shotgun Shells | 6-21 | 6-21 |
| 7 | 28 | Map of Northwest Field showing Route 3 and 3A | 6-21 | 6-21 |
| 8 | 29 | Map of Northwest Field showing Points | 6-21 | 6-21 ** |
| 9 | 30 | Map of Northwest Field showing Apprehension Locations | 6-21 | 6-21 |
| 10 | 31 | Picture of Deer Carcass (1) | 6-21 | 6-21 |
| 11 | 32 | Picture of Deer Carcass (2) | 6-21 | 6-21 |

2